IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD J. POLLARD,

       Plaintiff,                   No. CIV S-06-2363 LKK DAD P

    vs.

CHINO CIM,

       Defendant.               FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff is a state prisoner confined at California Institution for Men ("CIM") in Chino, California.  Plaintiff has submitted a letter concerning his medical care at CIM and his need for transfer to a medical facility.  Plaintiff has not filed a complaint or other pleading and has not paid the filing fee or filed an application to proceed in forma pauperis.

       Plaintiff is informed that a person who wishes to commence a civil action in federal court must file a complaint and pay the filing fee or apply for leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a); Fed. R. Civ. P. 3.  The court cannot address a plaintiff's claims or act on any request for relief until the action has been properly commenced.

       Plaintiff is also informed that a person commencing a civil action must file his complaint in the proper court.  Here, plaintiff is confined in an institution in San Bernardino

County, and his claims concerning medical care arose in that county.  San Bernardino County is located within the jurisdiction of the United States District Court for the Central District of California.  The Eastern Division of that court, sitting in Riverside, comprises the counties of San Bernardino and Riverside.

If plaintiff has filed an inmate appeal concerning his medical care and pursued it to the highest level available within the California Department of Corrections and Rehabilitation, he may file a civil rights complaint in the United States District Court for the Central District of California.  He should mail his complaint to the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street, Riverside, CA 92501-3000.

This action should be dismissed because the United States District Court for the Eastern District of California lacks jurisdiction over plaintiff's claims.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice to the filing of an action in the proper court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
poll2363.noc